# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2019

158503

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JUDY SANDERSON, ALBERT MORRIS,
ANTONYAL LOUIS, and MADELINE
BROWNE,
      Plaintiffs-Appellants,

v

UNEMPLOYMENT INSURANCE AGENCY,
      Defendant-Appellee.

SC: 158503
COA: 338983
Ct of Claims: 16-000083-MM

_____/

On order of the Court, the application for leave to appeal the August 23, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2019



Clerk

t0722